IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MITCHELL D. RICH,

    Plaintiff,

v.    Civil Action No. 3:15CV750–HEH

UNKNOWN,

    Defendant.

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

On December 21, 2015, the Court conditionally docketed Plaintiff's action. Plaintiff filed his action on the form for bringing a writ of habeas corpus; however, Plaintiff appeared to challenge his conditions of confinement. Accordingly, the Court directed Plaintiff to complete and return the forms for filing a 42 U.S.C. § 1983 complaint within fifteen (15) days of the date of entry of the December 21, 2015 Memorandum Order. More than fifteen (15) days have passed and Plaintiff has neither returned the form nor otherwise responded. Plaintiff's disregard of the Court's directives warrants dismissal of the action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                              /s/
                         HENRY E. HUDSON
Date: Jan. 27, 2016        UNITED STATES DISTRICT JUDGE
Richmond, Virginia